IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOROTHY ROBINSON,              ) | |
| )| |
| Petitioner,              ) | |
| )| |
| vs.                                                       ) | No. CIV-20-552-C |
| )| |
| S. YOUNG, WARDEN, and            ) | |
| WARDEN CARTER,                      ) | |
| )| |
| Defendant.              ) | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

This habeas corpus action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Shon T. Erwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). On July 13, 2020, Judge Erwin entered a Report and Recommendation concluding that because Petitioner had not paid the filing fee as ordered, the action should be dismissed without prejudice. Petitioner has not filed an objection.

Accordingly, the Report and Recommendation (Dkt. No. 6) of the Magistrate Judge is adopted and the petition is dismissed without prejudice.

IT IS SO ORDERED this 11th day of August, 2020.

ROBIN J. CAUTHRON
United States District Judge